■ In the Matter of the Arbitration between NEW YORK STATE NURSES ASSOCIATION, INC., Respondent, and COUNTY OF ERIE, Appellant. [908 NYS2d 381]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered June 29, 2009 in a proceeding pursuant to CPLR article 75. The judgment, among other things, granted the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Pine, JJ.